United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Aligned Bayshore Holdings, LLC, Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 18-21692-Civ-Scola ) |
| Westchester Surplus Lines Insurance Company, Defendant. | ) ) ) |

## Order Referring Motion to Magistrate Judge

The Court **refers** the Defendant's motion for attorneys' fees and costs (**ECF No. 88**) to United States Magistrate Judge Edwin G. Torres for a report and recommendations, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules.

**Done and ordered**, at Miami, Florida, on August 14, 2019.

_____
Robert N. Scola, Jr.
United States District Judge